# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| H.H. and M.M. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 1:22-CV-03129-MLB |
| ) | |
| T&S HOSPITALITY, LLC, ) | |
| ) | |
| Defendant. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

COMES NOW, Counsel for Defendant T&S Hospitality, LLC, and pursuant to Local Rule 5.4, certifies that it has, on this date, served ***DEFENDANT T&S HOSPITALITY, LLC'S RESPONSE TO PLAINTIFFS' FIRST CONTINUING INTERROGATORIES;*** and ***DEFENDANT T&S HOSPITALITY, LLC'S RESPONSE TO PLAINTIFF'S FIRST CONTINUING REQUESTS FOR PRODUCTION OF DOCUMENTS AND NOTICE TO PRODUCE*** upon all parties to this matter via statutory electronic service/electronic mail to counsel of record as follows:

> Patrick J. McDonough
> Tyler Dillard
> Jonathan S. Tonge
> **ANDERSEN, TATE, AND CARR, P.C.**
> One Sugarloaf Centre
> 1960 Satellite Boulevard, Suite 4000
> Duluth, Georgia 30097
> pmcdonough@atclawfirm.com
> tdillard@atclawfirm.com
> jtonge@atclawfirm.com

This 17th day of November, 2022.

                                                         SWIFT, CURRIE, McGHEE & HIERS, LLP

                            By:   ***/s/ Marissa H. Merrill***
                                   Roger E. Harris
                                   Georgia State Bar No. 331302
                                   Marissa H. Merrill
                                   Georgia State Bar No. 216039
                                   ***Attorneys for Defendant T&S***
                                   ***Hospitality, LLC***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Tel:   404.888.6162
Fax:  404.888.6199
roger.harris@swiftcurrie.com
marissa.merrill@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have caused to be served upon counsel for all parties a true and correct copy of the foregoing **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY** by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record.

This 17th day of November, 2022.

                                                SWIFT, CURRIE, McGHEE & HIERS, LLP

                                                By:   */s/ Marissa H. Merrill*
                                                          Roger E. Harris
                                                          Georgia State Bar No. 331302
                                                          Marissa H. Merrill
                                                          Georgia State Bar No. 216039
                                                          ***Attorneys for Defendant T&S Hospitality, LLC***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Tel:  404.888.6162
Fax:  404.888.6199
roger.harris@swiftcurrie.com
marissa.merrill@swiftcurrie.com

4876-8046-0092, v. 1

-3-