IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.H. and M.M., : | |
| : | |
| Plaintiffs, : | |
| : | CIVIL ACTION FILE NO. |
| v. : | 1:22-cv-03129-MLB |
| : | |
| T&S HOSPITALITY, LLC, : | |
| : | |
| Defendant. : | |
| : | |

## PLAINTIFFS' NOTICE OF VIDEO DEPOSITION OF VINNIE PATEL

**To**:   Vinnie Patel
c/o Roger E. Harris, Esq.
Marissa H. Merrill, Esq.
*Swift, Currie, McGhee & Hiers, LLP*
1420 Peachtree Street, N.E., Ste. 800
Atlanta, Georgia 30309

YOU ARE HEREBY NOTIFIED that Plaintiffs' Counsel will take the deposition of *Vinnie Patel* via zoom on Tuesday, November 29, 2022, beginning at 10:00 a.m. EST. The deposition will be taken by oral examination before an officer duly authorized to administer oaths, by stenographic means, and will be recorded by stenographic means and may be recorded by sound and/or visual means.

1

The deposition shall be used for all permissible purposes under the Federal Rules of Civil Procedure and will be for the purposes of discovery, for the use of evidence at trial, and for all other purposes and uses authorized by law. The deposition shall continue from day to day until complete.

Respectfully submitted this 23rd day of November, 2022.

                **ANDERSEN, TATE, AND CARR, P.C.**

                */s/ Tyler Dillard*
                Patrick J. McDonough
                Georgia Bar No. 489855
                pmcdonough@atclawfirm.com
                Tyler Dillard
                Georgia Bar No. 115229
                tdillard@atclawfirm.com
                Jonathan S. Tonge
                Georgia Bar No. 303999
                jtonge@atclawfirm.com
                *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| H.H. and M.M., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| | : | CIVIL ACTION FILE NO. |
| v. | : | 1:22-cv-03129-MLB |
| | : | |
| T&S HOSPITALITY, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## PLAINTIFFS' CERTIFICATE OF SERVICE

This is to certify that on the 23rd day of November 2022, the foregoing *Plaintiffs' Notice of Video Deposition of Vinnie Patel* was filed with the Clerk of the Court using the EM/ECF system which will send an e-mail notification to all counsel of record for this matter.

Respectfully submitted this 23rd day of November, 2022.

**ANDERSEN, TATE, AND CARR, P.C.**

*/s/ Tyler Dillard*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Tyler Dillard
Georgia Bar No. 115229
tdillard@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999

3

jtonge@atclawfirm.com
*Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile