IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| H.H. and M.M., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action File No. |
| v. | : | 1:22-cv-03129-MLB |
| | : | |
| T&S HOSPITALITY, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## PLAINTIFFS' CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December, 2022, a true and correct copy of *Plaintiffs' Continuing Requests for Production of Documents and Notice to Produce to Defendant* was served via electronic mail upon the following counsel of record, addressed as follows:

SWIFT, CURRIE, McGHEE & HIERS, LLP
Roger E. Harris, Esq.
Roger.harris@swiftcurrie.com
Marissa H. Merrill, Esq.
Marissa.merrill@swiftcurrie.com
1420 Peachtree Street N.E., Suite 800
Atlanta, Georgia 30309
*Attorneys for Defendant*

Respectfully submitted this 9th day of December, 2022.

[*Signatures on the following page.*]

1

**ANDERSEN, TATE, and CARR, P.C.**

***/s/ Tyler Dillard*_____**
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Tyler Dillard
Georgia Bar No. 115229
tdillard@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
*Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 8229680 | Facsimile