# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| H.H. and M.M. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 1:22-CV-03129-MLB |
| | ) | |
| T&S HOSPITALITY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

COMES NOW, Counsel for Defendant T&S Hospitality, LLC, and pursuant to Local Rule 5.4, certifies that it has, on this date, served ***DEFENDANT T&S HOSPITALITY, LLC'S FIRST INTERROGATORIES TO PLAINTIFF H.H.; DEFENDANT T&S HOSPITALITY, LLC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF H.H.; DEFENDANT T&S HOSPITALITY, LLC'S FIRST INTERROGATORIES TO PLAINTIFF M.M.; and DEFENDANT T&S HOSPITALITY, LLC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF M.M.*** upon all parties to this matter via statutory electronic service/electronic mail to counsel of record as follows:

> Patrick J. McDonough
> Tyler Dillard
> Jonathan S. Tonge

**ANDERSEN, TATE, AND CARR, P.C.**
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
tdillard@atclawfirm.com
jtonge@atclawfirm.com

This 23rd day of December, 2022.

        SWIFT, CURRIE, McGHEE & HIERS, LLP

By:   */s/ Roger E. Harris*
      Roger E. Harris
      Georgia State Bar No. 331302
      Marissa H. Merrill
      Georgia State Bar No. 216039
      ***Attorneys for Defendant T&S***
      ***Hospitality, LLC***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel: 404.888.6162
Fax: 404.888.6199
roger.harris@swiftcurrie.com
marissa.merrill@swiftcurrie.com

# CERTIFICATE OF SERVICE

This is to certify that I have caused to be served upon counsel for all parties a true and correct copy of the foregoing **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY** by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record.

This 23rd day of December, 2022.

                                                SWIFT, CURRIE, McGHEE & HIERS, LLP

By:   */s/ Roger E. Harris*
       Roger E. Harris
       Georgia State Bar No. 331302
       Marissa H. Merrill
       Georgia State Bar No. 216039
       ***Attorneys for Defendant T&S Hospitality, LLC***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel: 404.888.6162
Fax: 404.888.6199
roger.harris@swiftcurrie.com
marissa.merrill@swiftcurrie.com

4876-8046-0092, v. 1